BEFORE THE THIRD DIVISION, JANUARY 21, 1963

**No. 67358.**—Scandia Finer Foods Co. and H. B. Thomas et al. *v.* United States, protests 59/23365, etc. (San Francisco).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of bread similar in all material respects to that the subject of *United States* v. *Nordic Baking & Importing Co., Inc.* (47 CCPA 78, C.A.D. 733), the claim of the plaintiffs was sustained.

**No. 67359.**—C. S. Emery & Company *v.* United States, protests 59/34593 and 59/34594 (St. Albans).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of decharacterized horsemeat, fresh, chilled, or frozen, similar in all material respects to that the subject of Abstract 66254, the claim of the plaintiff was sustained.

**No. 67360.**—M. H. Greenebaum, Inc. *v.* United States, protest 61/24471 (New York).

Opinion by Donlon, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that of the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.